### THE VIZCAINA.

### THE FEARLESS.

(District Court, E. D. Pennsylvania.    October 17, 1907.)

#### No. 14 of 1901.

In Admiralty.

Henry R. Edmunds, for libelant.

John F. Lewis and Francis C. Adler, for respondent.

HOLLAND, District Judge. It is ordered that this case shall be disposed of in connection with No. 13 of 1901 (156 Fed. 428), and in accordance with the decision this day filed therein.